DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**PUBLIX SUPER MARKETS, INC.,**
d/b/a **PUBLIX SUPER MARKET,**
Petitioner,

v.

**SYLVIA JOHN,**
Respondent.

No. 4D14-1892

[November 19, 2014]

Petition for writ of certiorari to the Nineteenth Judicial Circuit, St. Lucie County; Dwight L. Geiger, Judge; L.T. Case No. 562013CA000421.

Katherine E. Giddings and Kristen M. Fiore of Akerman LLP, Tallahassee, for petitioner.

Kathryn D. Anderson of Reich & Mancini, P.A., Port St. Lucie, for respondent.

PER CURIAM.

We grant the petition for writ of certiorari and quash the April 24, 2014 order granting respondent's motion to compel production. On remand, the circuit court shall conduct an *in camera* review to determine whether the October 11, 2009 incident report is protected by the work product privilege. If the court determines that the document is so protected, it shall not order production unless respondent makes a "showing that [respondent] has need of the materials in the preparation of the case and is unable without undue hardship to obtain the substantial equivalent of the materials by other means." Fla. R. Civ. P. 1.280(b)(4); *see also Publix Super Mkts., Inc. v. Anderson*, 92 So. 3d 922, 923 (Fla. 4th DCA 2012); *Lloyd's Underwriters at London v. El-Ad Villagio Cond. Ass'n*, 976 So. 2d 28, 28 (Fla. 4th DCA 2008).

STEVENSON, GROSS and GERBER, JJ., concur.

*　　　*　　　*

*Not final until disposition of timely filed motion for rehearing.*